In the Matter of WILLIAM SCHWARTZ, Appellant, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK, as Head of the New York City Employees' Retirement System, et al., Respondents.

Submitted October 4, 1954; decided October 7, 1954.

*Adrian P. Burke, Corporation Counsel (Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion denied, without prejudice to renewal thereof, upon proof that service has been made by registered mail as directed by the order of the Court of Appeals dated January 22, 1954.